**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **FRABER LEADUBIN GUIFARRO FLORES** | **CIVIL ACTION NO. 26-1835 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **TODD BLANCHE ET AL** | **MAGISTRATE JUDGE HORNSBY** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 9), and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE,** *sua sponte*, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

THUS ORDERED AND SIGNED in Chambers this 23rd day of September, 2026.



**JUDGE JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT COURT**